UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of the Electrical Workers Health and Welfare Trust; Board of Trustees of the Electrical Workers Pension Trust; and Board of Trustees of the Las Vegas Electrical Joint Apprenticeship and Training Trust Fund,<br><br>Plaintiffs<br><br>v.<br><br>Tropicana Las Vegas, Inc. dba Tropicana Las Vegas, a Domestic Corporation,<br><br>Defendant | Case No.: 2:23-cv-01223-JAD-DJA<br><br>**Order Granting Motion for Default Judgment and Closing Case** |

The plaintiff trusts brought this Employee Retirement Income Security Act of 1974 (ERISA) action against the now-shuttered Tropicana Las Vegas, Inc. dba Tropicana Las Vegas for unpaid employee-benefit contributions, interest, liquidated damages, audit fees, and attorney fees. The clerk entered default against the defendant,[1] and the trusts moved for a default judgment.[2] For the reasons stated on the record during the June 10, 2024, hearing on the motion for default judgment, and because the trusts have satisfied the seven-factor analysis laid out by the Ninth Circuit in *Eitel v. McCool*,[3] **I grant the motion [ECF No. 10] and award judgment in favor of the plaintiffs and against the defendant in the amount of $1,404,722.92**, representing delinquent employee benefit contributions, liquidated damages, interest, administrative fees, attorneys' fees, and costs.

---

[1] ECF No. 8.

[2] ECF No. 10.

[3] *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986).

1     The Clerk of Court is directed to **ENTER FINAL JUDGMENT** accordingly and
2 **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
July 24, 2024