1  Michael V. Infuso, Esq., Nevada Bar No. 7388
   Suzanne E. Carver, Esq., Nevada Bar No. 14689
2  Michael J. Sparr, Esq., Nevada Bar No. 16452
   **GREENE INFUSO, LLP**
3  3030 South Jones Boulevard, Suite 101
   Las Vegas, Nevada 89146
4  Telephone: (702) 570-6000
   Facsimile: (702) 463-8401
5  E-mail: minfuso@greeneinfusolaw.com
           scarver@greeneinfusolaw.com
6          msparr@greeneinfusolaw.com

7  Attorneys for Plaintiffs

8            **UNITED STATES DISTRICT COURT**

9               **DISTRICT OF NEVADA**

10  BOARD    OF    TRUSTEES    OF    THE        Case No.: 2:23-cv-01223 -JAD-DJA
    ELECTRICAL WORKERS HEALTH AND
11  WELFARE TRUST; BOARD OF TRUSTEES
    OF    THE    ELECTRICAL    WORKERS
12  PENSION   TRUST;   AND   BOARD   OF
    TRUSTEES   OF   THE   LAS   VEGAS
13  ELECTRICAL  JOINT  APPRENTICESHIP
    AND TRAINING TRUST FUND,
14
                    Plaintiffs,
15  v.                                          **ORDER GRANTING PLAINTIFFS'
                                                MOTION FOR ORDER OF
16  TROPICANA   LAS   VEGAS,   INC.   d/b/a     EXAMINATION OF JUDGMENT
    TROPICANA   LAS   VEGAS,  a   Domestic      DEBTOR TROPICANA LAS VEGAS**
17  Corporation,
                                                <span style="color:red">**AS AMENDED BY THE COURT**</span>
18                  Defendant.

19
20  TO:    TROPICANA LAS VEGAS, INC. d/b/a TROPICANA LAS VEGAS, Judgment Debtor:
                         motion
21         Upon  the  ~~Ex~~  ~~Parte~~  ~~Application~~  for  Order  of  Examination  of  Judgment  Debtor

22  ("Application")  TROPICANA  LAS  VEGAS,  INC.  d/b/a  TROPICANA  LAS  VEGAS

23  ("Defendant"  or  "Judgment  Debtor"),  by  Plaintiffs,  BOARD  OF  TRUSTEES  OF  THE

24  ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF

25  THE ELECTRICAL WORKERS PENSION TRUST; AND BOARD OF TRUSTEES OF THE

26  LAS VEGAS ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND

27
28

GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

1  (Collectively "Plaintiffs" or "Judgment Creditors"), the Court having considered said Application

2  and for good cause appearing:

3       IT IS HEREBY ORDERED that Judgment Debtor shall produce the documents identified

4  in Exhibit A attached hereto **no later than December 16, 2024**, to the law office of Greene Infuso,

5  LLP, 3030 S. Jones Blvd., Suite 101, Las Vegas, Nevada 89146.

6

7       IT IS FURTHER ORDERED that Judgment Debtor appear in person and be examined

8  under oath regarding its financial affairs, property, accounts and means of payment on the judgment

9  on **January 13, 2025, at 10:00 a.m.**, at the law office of Greene Infuso, LLP, 3030 S. Jones Blvd.,

10 Suite 101, Las Vegas, Nevada 89146, where the deposition will be transcribed by a court reporter

11 or recorded electronically.

12      IT IS FURTHER ORDERED that the failure of Judgment Debtor to appear at the above-

13 ordered examination, or to timely produce the documents identified in Exhibit A, will be subject to

14 contempt of Court.

15

16      IT IS FURTHER ORDERED that Judgment Debtor and/or its agents are forbidden from

17 making any transfer of Judgment Debtor's assets and from encumbering such assets, which are not

18 exempt from execution until further ordered by the Court.

19      IT IS FURTHER ORDERED that a copy of this Order be served forthwith upon Judgment

20 Debtor in the manner provided for by law for the service of the Summons.

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28

**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

1

2   ~~IT IS FURTHER ORDERED that the costs associated with the examination, including the~~

~~costs of service of process, the costs of a court reporter and the costs associated with a transcript~~

3   ~~are approved as to necessity and propriety.~~

4   **IT IS FURTHER ORDERED** that the Court declines to find the costs associated with the
examination to be reasonable without being presented them because doing so would constitute an

5   advisory opinion.

6   **IT IS FURTHER ORDERED** that the Court **grants in part and denies in part** Plaintiffs'

7   motion for order of examination of Judgment Debtor Tropicana Las Vegas (ECF No. 16) as
outlined herein.

8   Respectfully submitted by:

9   **GREENE INFUSO, LLP**

10

11

12   Michael V. Infuso, Esq., Nevada Bar No. 7388
Suzanne E. Carver, Esq., Nevada Bar No. 14689
Michael J. Sparr, Esq., Nevada Bar No. 16452

13   3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

14

15   *Attorneys for Plaintiff/Judgment Creditor*

16

17   _____

18   DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

19

20   DATED: September 27, 2024

21

22

23

24

25

26

27

28

**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

# EXHIBIT A

## <u>LIST OF DOCUMENTS AND THINGS TO BE PRODUCED AT</u><br><u>SUPPLEMENTAL PROCEEDING BY JUDGMENT DEBTOR</u>

Any reference to you or "your" shall refer to Tropicana Las Vegas, Inc d/b/a Tropicana Las Vegas.

1. Your Federal Tax ID Number.

2. All evidence of transfers of any real or personal property by you during the three (3) years preceding the date of the Order.

3. Income tax returns and any quarterly estimates of federal or state income taxes for the years 2019, 2020, 2021, 2022, and 2023.

4. All bank statements, and canceled checks from any and all checking accounts, savings account records, safe deposit boxes and any certificates of stocks and bonds belonging to you or in which you have had any interest whatsoever either alone or jointly with any other person for three (3) years preceding the date or this Order.

5. A complete inventory of all items of personal property owned by you, of any nature whatsoever, including restaurant equipment, automobiles, boats, household fixtures, furnishings, appliances, and clothing, whether paid for or not. If the personal property is not in your possession and in the possession of another person, designate the name and address or the person having possession of the property.

6. A list of any and all vehicles owned by you.

7. A copy of any and all documents regarding any and all real estate or other property owned by yourself. The requested documents specifically include all Deeds, Deeds of Trust, Mortgage Applications, Closing Statements, coupon books, statements of account, credit reports, title insurance policies, and all other information in any way reflecting your involvement with, your ownership of, or your transactions as regards real estate or other property owned by yourself.

8. A copy of any and all Lease(s) regarding any real estate or other property not owned by yourself but for which regular monthly lease payments are being made.

9. A list of all real property owned by you and if occupied by Tenants, please state the following:

   a. Tenants' names;
   b. Tenants' address; and,
   c. Amount of monthly rent.

10. Any and all contracts or joint venture agreements, including correspondence, with regard to real estate ventures, whether or not you receive monthly royalties.

11. All fire, burglary, and extended coverage insurance policies now in force upon any real estate, or personal property (including copies of insurance inventories) owned by you or in

which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two (2) years preceding the date of this Order.

12. All evidence of any and all notes, contracts, negotiable instruments, receivable or accounts receivable whether due or not due belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for three(3) years preceding the date of this Order.

13. All general ledgers, accounting journals, financial statements or other financial records prepared or maintained during the last three (3) years.

14. All titles, bills of sale, or contracts of sale upon personal property including, but not limited to: office equipment, household goods, miscellaneous furniture and fixtures belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for three (3) years preceding the date of the Order.

15. All automobile or personal property, casualty, collision and/or all risk insurance policies presently owned by you.

16. All evidence of mining claims, patents or development work owned by you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for three (3) years preceding the date of this Order.

17. All documents which represent any trademark, trade name, copyright, or patent in which you have or have had an interest.

18. Copies of all corporate Articles, Minutes, By-Laws Stock Transfer Ledgers, and other corporation records.

19. Copies of any and all documents whereby you acquired or disposed of an interest in any business(es)within the last four (4) years.

20. Copies of any employment or consulting contracts to which you or the business are a party.

21. Any and all instruments playable to you, including without limitation, promissory notes, certificates of deposit, shares of stock-letters of credit and merchant credit vouchers.

22. Copies of all accounts receivable documents, both current and for two (2) years prior to the date of this Order.

23. A copy of any and all leases regarding any real estate or other property not owned by yourself, but for which regular monthly lease payments are being made by yourself.

24. All general ledgers, accounting journals, financial statements or other financial records prepared or maintained during the last three (3) years.