FISHER & PHILLIPS LLP
DAVID DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  ddornak@Fisherphillips.com
E-Mail Address:  akheel@Fisherphillips.com
Attorney for Defendants

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST; AND BOARD OF TRUSTEES OF THE LAS VEGAS ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND,**<br><br>Plaintiffs,<br><br>v.<br><br>**TROPICANA LAS VEGAS, INC. d/b/a TROPICANA LAS VEGAS, a Domestic Corporation,**<br><br>Defendant. | Case No.: 2:23-cv-01223-JAD-DJA<br><br>**STIPULATION AND ORDER TO SET ASIDE JUDGMENT**<br><br>ECF No. 18 |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the Judgment (ECF No. 15) in favor of Plaintiffs entered by the Court on July 24, 2024, be Set Aside.

After conferring about the Complaint and the entered Judgment, the parties agreed that the Judgment should be set aside.  Good cause exists for the Judgment to be set aside as the

parties desire to avoid having to engage in motion practice regarding the Judgment, wish to conserve costs and judicial resources, and if necessary litigate the matter on the merits. The parties also further stipulated and agreed that Defendant shall pay Plaintiffs $33,284.04 for attorneys' fees and costs and $2,753.75 for audit fees incurred by Plaintiffs as of June 30, 2025. Defendant has also agreed to promptly provide all documents needed by Plaintiffs to complete for their audit, which were provided on June 13, 2025.

Dated this 8th day of July 2025

| FISHER & PHILLIPS, LLP | GREEN INFUSO, LLP |
|---|---|
| By: */s/ David B. Dornak* <br> David B. Dornak, Esq. <br> Allison Kheel, Esq. <br> 300 S. Fourth Street, Suite 1500 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Defendant* | By:   */s/ Michael V. Infuso* <br> Michael V. Infuso, Esq. <br> Suzanne E. Carver, Esq. <br> Michael J. Sparr, Esq. <br> 3030 South Jones Boulevard, Suite 101 <br> *Las Vegas, Nevada 89146* <br> *Attorneys for Plaintiffs/Judgement Creditor* |

## ORDER

Based on the stipulation of the parties [ECF No. 18], IT IS ORDERED that the Clerk of Court is directed to **VACATE and SET ASIDE the judgment at ECF No. 15 and REOPEN THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 10, 2025

FP 55000091.3